# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSEPH GILBERT THERIAULT, individually and on behalf of those affected New Direction Trust Company self-directed IRA accountholders whose precious metals were to be on deposit with First State Depository, and all others similarly situated, | |
| | Case No. 2:23-cv-02091-DDC-RES |
| *Plaintiff*, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| NEW DIRECTION TRUST COMPANY, and FIRST STATE DEPOSITORY, LLC, | |
| *Defendants*. | |

COMES NOW Plaintiff Joseph Gilbert Theriault and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action WITHOUT PREJUDICE.

Respectfully submitted by,

 */s/ Scott C. Nehrbass*
Scott C. Nehrbass, KS #16285
Maria Drouhard, KS #29476
FOULSTON SIEFKIN LLP
7500 College Blvd. Ste. 1400
Overland Park, KS 66210-2000
Phone:  913.253.2144
Fax:    913.498.2101
Email: snehrbass@foulston.com
           mdrouhard@foulston.com

Boyd A. Byers, KS #16253
Jeff P. DeGraffenreid, KS #15694
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Phone:  316.267.6371
Fax:    316.267.6345
Email: bbyers@foulston.com
           jdegraffenreid@foulston.com
*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Scott C. Nehrbass*
                                              Scott C. Nehrbass